UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

IN THE MATTER OF:

IN RE: F&A Marie Construction, Inc.,
As owner of the vessel "Little Man II"
Hull Identification No: DXX10500B696,
and the Barge MB-52, Hull Identification
No. 1130526, in a cause of action for
exoneration from or limitation of liability

Petitioner.
_____/

Case No.: 3:09-cv-606-HES-JRK

## ORDER

Before the Court is the Parties' Consent Motion to Extend Sixty Day Time Period (Doc. 46, filed April 6, 2010). Pursuant to Local Rule 3.08(b), the Motion is **GRANTED**. The Parties have up to and including April 30, 2010, to move the Court "for the purpose of entering a stipulated form of final order or judgment or, on good cause shown, to reopen the case for further proceedings." Rule 3.08(b).

**DONE AND ENTERED** in Jacksonville, Florida, this _____ day of April, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

James Francis Mosley, Jr., Esq.
Thomas C. Sullivan, Esq.
G. J. Rod Sullivan, Esq.